

Search for Cases by: Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print     GrantedPublicAccess  Logoff BANDJ0090MO

**2116-CV23364 - RONNOSHA MORRIS ET AL V LUCAS OIL PRODUCTS, ET AL (E-CASE)**

| Case FV Side Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending   ○ Ascending

Display Options: All Entries ▼

---

**11/23/2021** ☐ **Notice of Service**
Affidavit of Service - Bradley Beauchamp; Electronic Filing Certificate of Service.
**Filed By:** JAMES E BRADY III
**On Behalf Of:** RONNOSHA MORRIS, DANTRE BOONE

☐ **Notice of Service**
Affidavit of Service - Lucas Oil Products Inc; Electronic Filing Certificate of Service.
**Filed By:** JAMES E BRADY III

☐ **Summons Personally Served**
Document ID - 21-SMOS-1055; Served To - BEAUCHAMP, BRADLEY; Server - ; Served Date - 11-NOV-21; Served Time - 16:40:00; Service Type - Special Process Server; Reason Description - Served

☐ **Corporation Served**
Document ID - 21-SMOS-1054; Served To - LUCAS OIL PRODUCTS, INC; Server - ; Served Date - 29-OCT-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**10/28/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMOS-1055, for BEAUCHAMP, BRADLEY.

☐ **Summons Issued-Circuit**
Document ID: 21-SMOS-1054, for LUCAS OIL PRODUCTS, INC.

☐ **Order - Special Process Server**

☐ **Case Mgmt Conf Scheduled**
**Scheduled For:** 02/14/2022;  8:30 AM ;  KENNETH R GARRETT III;  Jackson - Independence

**10/27/2021** ☐ Filing Info Sheet eFiling
**Filed By:** JAMES E BRADY III

☐ **Proposed Order Filed**
Proposed Order.
**Filed By:** JAMES E BRADY III
**On Behalf Of:** RONNOSHA MORRIS, DANTRE BOONE

☐ **Motion Special Process Server**
Motion of Appointment of Private Process Server.
**Filed By:** JAMES E BRADY III

☐ **Request Filed**
Request and Service Instruction Form - Lucas Oil Products.
**Filed By:** JAMES E BRADY III

Case 4:21-cv-00831-FJG   Document 1-2   Filed 11/24/21   Page 1 of 45

*EXHIBIT A*

☐ **Request Filed**

Request and Service Instruction Form - Beauchamp.
**Filed By:** JAMES E BRADY III

☐ **Pet Filed in Circuit Ct**

Petition for Damages.
**Filed By:** JAMES E BRADY III

☐ **Judge Assigned**

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE**

| | |
|---|---|
| RONNOSHA MORRIS and | ) |
| DANTRE BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| LUCAS OIL PRODUCTS, INC. | ) |
| Serve at: | ) |
| Kevin Asbell, Registered Agent | ) |
| 302 N. Sheridan Street | )   Case No. |
| Corona, CA 92878 | ) |
| | )   Division |
| and | ) |
| | ) |
| BRADLEY BEAUCHAMP | ) |
| Serve at: | ) |
| 533 Lee Miller Road | ) |
| Leitchfield, KY 42754 | ) |
| (or wherever he may be found) | ) |
| | ) |
| Defendants. | ) |

## PETITION FOR DAMAGES

COME NOW Plaintiffs Ronnosha Morris and Dantre Boone, by and through their undersigned counsel, and for their causes of action against Defendants Lucas Oil Products, Inc. and Bradley Beauchamp, state and allege as follows:

1.      Plaintiff Ronnosha Morris is a citizen and resident of Illinois.

2.      Plaintiff Dantre Boone is a citizen and resident of Illinois

3.      Defendant Lucas Oil Products, Inc. is a California Corporation registered and authorized to do business in the State of Missouri and can be served at the address listed above in the style of this Petition.

4.      Defendant Bradley Beauchamp is a citizen and resident Kentucky and can be served at the address listed above in the style of this Petition.

5.      Jurisdiction and Venue are proper in this court pursuant to RSMo. § 508.010 because the Plaintiffs were first injured by the wrongful acts or negligent conduct alleged herein in Jackson County, Missouri.

6.      On or about June 12, 2019, Plaintiff Ronnosha Morris was operating her 2006 Ford Fusion and traveling southbound in the third lane near East 63rd Street on Interstate 435. At the same time, Defendant Beauchamp was driving a 1999 Kenworth W900 owned by Defendant Lucas Oil Products, Inc. in the same direction as Plaintiffs, but he was in the second lane. Defendant Beauchamp struck the rear driver's side door of the vehicle being operated by Plaintiff Ronnosha Morris, causing a violent collision.

7.      At all times mentioned herein, Defendant Beauchamp was acting withing the course and scope of his agency, servitude, and/or employment with Defendant Lucas Oil Products, Inc.

8.      Plaintiff Dantre Boone was a properly restrained passenger in the motor vehicle being operated by Plaintiff Ronnosha Morris.

9.      Defendants owed Plaintiffs and the public the highest degree of care in the operation of his semitruck.

10.      Plaintiffs were in no way negligent on June 12, 2019.

## COUNT I – NEGLIGENCE
### (Plaintiff Morris v. Defendants)

11.      Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

12.      Defendant Beauchamp, was negligent, careless, and breached his duty of the highest care to Plaintiff and the public in one or more of the following respects:

a) Failed to keep a proper lookout;

b) Failed to yield the right of way;

c) Failed to keep the vehicle he was operating under proper control;

d) Failed to react in an appropriate manner and/or take measures to avoid striking the vehicle of another;

e) Failed to observe the laws governing travelers on thoroughfares in the State of Missouri;

f) Failed to maintain a lane; and

g) Failed to exercise the highest degree of care under the circumstances.

13. At all times mentioned, Defendant Lucas Oil Products, Inc. was vicariously liable for the negligent acts and/or omissions of Defendant Beauchamp through the doctrine of respondeat superior.

14. As a direct and proximate result of the negligence and recklessness of Defendants, Plaintiff Morris has and will continue to suffer in the future, personal injuries and damages including, but not limited to neck pain, back pain, right shoulder pain, cervical strain, and thoracic myofascial strain was incurred and will in the future incur hospital and medical expenses for the treatment of her personal injuries.

WHEREFORE Plaintiff Ronnosha Morris prays that judgment be entered against Defendants Lucas Oil Products, Inc. and Bradley Beauchamp and in favor of Plaintiff for the injuries and damages described above, for an award for damages that is fair and reasonable under the circumstances, for an award of prejudgment interest as provided under Mo. Rev. Stat. § 408.040, for costs incurred in the prosecution of this case, and for such other relief as this Court deems necessary.

## COUNT II – NEGLIGENCE
### (Plaintiff Boone v. Defendants)

15.     Plaintiffs incorporates all preceding paragraphs as though fully set forth herein.

16.     Defendant, was negligent, careless, and breached his duty of the highest care to Plaintiff and the public in one or more of the following respects:

       h)  Failed to keep a proper lookout;

       i)  Failed to yield the right of way;

       j)  Failed to keep the vehicle he was operating under proper control;

       k)  Failed to react in an appropriate manner and/or take measures to avoid striking the vehicle of another;

       l)  Failed to observe the laws governing travelers on thoroughfares in the State of Missouri;

       m)  Failed to maintain a lane; and

       n)  Failed to exercise the highest degree of care under the circumstances.

17.     At all times mentioned, Defendant Lucas Oil Products, Inc. was vicariously liable for the negligent acts and/or omissions of Defendant Beauchamp through the doctrine of respondeat superior.

18.     As a direct and proximate result of the negligence and recklessness of Defendants, Plaintiff Morris has and will continue to suffer in the future, personal injuries and damages including, but not limited to neck pain, cervical pain, cervical disorder at C4-5, broad disc bulging at L5-S1, sprain of ligaments, lumbar pain, head pain, muscle aches and muscle spasm was incurred and will in the future incur hospital and medical expenses for the treatment of her personal injuries.

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

WHEREFORE Plaintiff Dantre Boone prays that judgment be entered against Defendants Lucas Oil Products, Inc. and Bradley Beauchamp and in favor of Plaintiff for the injuries and damages described above, for an award for damages that is fair and reasonable under the circumstances, for an award of prejudgment interest as provided under Mo. Rev. Stat. § 408.040, for costs incurred in the prosecution of this case, and for such other relief as this Court deems necessary.

Respectfully submitted,

KANSAS CITY ACCIDENT INJURY ATTORNEYS

/s/ James E. Brady, III

James M. Roswold      MO# 41053
Phillip B. Grubaugh   MO# 24919
James E. Brady, III   MO# 62310
510 Walnut, Suite 100
Kansas City, MO  64106
Tele:   (816) 471-5111
Fax:    (816) 359-3163
james@kcaccidentattorneys.com
phillip@kcaccidentattorneys.com
jim@kcaccidentattorneys.com
ATTORNEYS FOR PLAINTIFF

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

/s/ James E. Brady, III

Attorney for Plaintiff

2116-CV23364

2116-CV23364
Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE**

RONNOSHA MORRIS, et al.                    )
                                            )
                                            )
                    Plaintiffs,             )          Case No.
         v.                                 )
                                            )          Division
LUCAS OIL PRODUCTS, INC., et al.            )
                                            )
                    Defendants.             )

**REQUEST AND SERVICE INSTRUCTION FORM**

To:     Clerk of the Circuit Court

Please issue SUMMONS and PETITION in this action for BRADLEY BEAUCHAMP whose address for service is 533 Lee Miller Road, Leitchfield, KY 42754.

Service is requested as indicated:

Service through private process server HPS Process & Investigations, other than by certified mail.

Respectfully submitted:

KANSAS CITY ACCIDENT INJURY ATTORNEYS

By:  */s/ James E. Brady, III*
     James M. Roswold, MO Bar No. 41053
     Phillip B. Grubaugh, MO Bar No. 24919
     James E. Brady, III, Mo Bar No. 62310
     510 Walnut Street, Suite 100
     Kansas City, Missouri 64106
     (816) 471-5111
     Fax: (816) 359-3163
     *james@kcaccidentattorneys.com*
     *phillip@kcaccidentattorneys.com*
     *jim@kcaccidentattorneys.com*
     ATTORNEYS FOR PLAINTIFF

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE**

RONNOSHA MORRIS, et al. )
)
)
)
Plaintiffs, ) Case No.
v. )
) Division
LUCAS OIL PRODUCTS, INC., et al. )
)
Defendants. )

**REQUEST AND SERVICE INSTRUCTION FORM**

To:     Clerk of the Circuit Court

Please issue SUMMONS and PETITION in this action for LUCAS OIL PRODUCTS, INC. whose address for service is Kevin Asbell, Registered Agent, 302 N. Sheridan Street, Corona, CA 92878.

Service is requested as indicated:

Service through private process server HPS Process & Investigations, other than by certified mail.

Respectfully submitted:

KANSAS CITY ACCIDENT INJURY ATTORNEYS

By:  _/s/ James E. Brady, III_
     James M. Roswold, MO Bar No. 41053
     Phillip B. Grubaugh, MO Bar No. 24919
     James E. Brady, III, Mo Bar No. 62310
     510 Walnut Street, Suite 100
     Kansas City, Missouri 64106
     (816) 471-5111
     Fax: (816) 359-3163
     _james@kcaccidentattorneys.com_
     _phillip@kcaccidentattorneys.com_
     _jim@kcaccidentattorneys.com_
     ATTORNEYS FOR PLAINTIFF

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE**

| | | |
|---|---|---|
| RONNOSHA MORRIS, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| v. | ) | |
| | ) | Division |
| LUCAS OIL PRODUCTS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PRIVATE PROCESS SERVERS**

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby

moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| William Acree | PPS21-0488 | George Castillo | PPS21-0112 |
| Michael Adamo | PPS21-0234 | Carolyn S. Champlin | PPS21-0264 |
| Jan Adams | PPS21-0092 | Alicia Clements | PPS21-0494 |
| Roger Adams | PPS21-0093 | John A. Clor | PPS21-0266 |
| Kyle A. Adcock | PPS21-0489 | Kathleen Clor | PPS21-0267 |
| Alisha Allen | PPS21-0094 | Chad Compton | PPS21-0116 |
| Sandra Allen | PPS21-0095 | Kenneth Condrey | PPS21-0118 |
| Cheryl Anderson | PPS21-0236 | Sharon Condrey | PPS21-0119 |
| Victor Aponte | PPS21-0096 | Kathy Cook | PPS21-0121 |
| Teresa Bailly | PPS21-0097 | Theodore Cordasco | PPS21-0269 |
| Raymond Bandy | PPS21-0098 | George Covert | PPS21-0270 |
| Joseph L. Baska | PPS21-0490 | Michael Currie | PPS21-0273 |
| Robert Bassler | PPS21-0242 | Bryce E. Dearborn | PPS21-0274 |
| Keith Blanchard | PPS21-0248 | Jennie Deaton | PPS21-0275 |
| Carrington Bell | PPS21-0025 | Robert DeLacy, Jr. | PPS21-0276 |
| George Bell | PPS21-0243 | Robert DeLacy, III | PPS21-0277 |
| Alexander R. Blea | PPS21-0249 | Dominic Dellaporte | PPS21-0123 |
| Dianna J. Blea | PPS21-0250 | Ricardo Delpratt | PPS21-0124 |
| Richard J. Blea | PPS21-0251 | Claudia A. Dohn | PPS21-0280 |
| Kathy Broom | PPS21-0256 | Dale Dorning | PPS21-0127 |
| Douglas S. Brower | PPS21-0257 | Cathrene Drake | PPS21-0128 |
| Jeff Brown | PPS21-0030 | Rebecca J. Dressler | PPS21-0282 |
| James Burke | PPS21-0105 | Alexander C. Duaine | PPS21-0283 |
| Alese Burris | PPS21-0106 | Daniel Eberle | PPS21-0129 |
| Randy Burrow | PPS21-0107 | Jessica L. Ellison | PPS21-0288 |
| Gary Burt | PPS21-0031 | Abel Emiru | PPS21-0130 |
| Stephen C. Buskirk | PPS21-0259 | Donald C. Eskra, Jr. | PPS21-0289 |
| Steve Butcher | PPS21-0260 | Leticia Estrada | PPS21-0290 |
| Melvin Cahoon | PPS21-0492 | Robert D. Fairbanks | PPS21-0292 |
| Danny Callahan | PPS21-0109 | Brenna Faker | PPS21-0495 |
| Anna Canole | PPS21-0263 | Michael Feehan | PPS21-0496 |
| William Caputo | PPS21-0110 | William F. Ferrell | PPS21-0034 |
| Charles Casey | PPS21-0111 | Robert Finley | PPS21-0035 |

| | | | | |
|---|---|---|---|---|
| Mayra Flores | PPS21-0295 | | Leisa L. Ketron | PPS21-0009 |
| Robert Fluharty | PPS21-0298 | | Jeff Kimball | PPS21-0344 |
| Ryan D. Fortune | PPS21-0299 | | Brent Kirkhart | PPS21-0051 |
| James Frago | PPS21-0036 | | Janice Kirkhart | PPS21-0052 |
| John Frago | PPS21-0037 | | Tyler Kirkhart | PPS21-0053 |
| Darin Freeman, Jr. | PPS21-0133 | | Kenneth Klewicki | PPS21-0158 |
| Kelsey Garrett | PPS21-0302 | | Wyman T. Kroft | PPS21-0159 |
| Charles Gay | PPS21-0135 | | Cody Kyser | PPS21-0161 |
| Richard Gerber | PPS21-0303 | | Andrea M. Lambros | PPS21-0349 |
| Louis Gerrick | PPS21-0136 | | Joann Lane | PPS21-0163 |
| Kurie L. Ghersini | PPS21-0304 | | Casey Lanford | PPS21-0350 |
| Terri Gilam | PPS21-0137 | | James R. LaRiviere | PPS21-0164 |
| Paul Gizel | PPS21-0305 | | Kristie S. Lewis | PPS21-0165 |
| Adam Golden | PPS21-0306 | | John Lichtenegger | PPS21-0354 |
| Bradley Gordon | PPS21-0038 | | Bryan Liebhart | PPS21-0166 |
| Tom Gorgone | PPS21-0139 | | Bert Lott | PPS21-0054 |
| Christina Gregory | PPS21-0141 | | Ellen C. MacFarland | PPS21-0169 |
| Lynne Grimes | PPS21-0308 | | Robert Maliuuk | PPS21-0359 |
| Paul Grimes | PPS21-0142 | | Winnonna Maliuuk | PPS21-0360 |
| Charles Gunning | PPS21-0040 | | Deborah Martin | PPS21-0055 |
| Leon Gustus | PPS21-0144 | | Michael Martin | PPS21-0056 |
| David W. Hahn | PPS21-0309 | | Roger C. Martucci | PPS21-0365 |
| Eric W. Hahn | PPS21-0310 | | Seon Mastain | PPS21-0172 |
| Stefanie A. Hahn | PPS21-0311 | | Thomas Matthews | PPS21-0366 |
| Darnell Hamilton | PPS21-0145 | | Kristin Mayo | PPS21-0501 |
| Kimberly Hamilton | PPS21-0313 | | Michael McCann | PPS21-0173 |
| Raymond A. Hamilton, III | PPS21-0314 | | Michael McMahon | PPS21-0174 |
| Sheila Hand | PPS21-0498 | | Michael Meador | PPS21-0058 |
| Timothy S. Hansen | PPS21-0316 | | Jerry Melber | PPS21-0176 |
| Christy Hartline | PPS21-0146 | | Eric Mendenhall | PPS21-0369 |
| James Harvey | PPS21-0147 | | Jenna Mendoza | PPS21-0177 |
| Grace Hazell | PPS21-0321 | | Michael S. Miller | PPS21-0062 |
| Stephen Heitz | PPS21-0044 | | Matthew Millhollin | PPS21-0063 |
| Teresa Y. Hendricks | PPS21-0323 | | Christopher F. Miranda | PPS21-0372 |
| Austen Hendrickson | PPS21-0324 | | Karina Miranda | PPS21-0373 |
| Jonathan D. Hennings | PPS21-0149 | | Vivian Mitchell | PPS21-0180 |
| Taylor Herren | PPS21-0150 | | Carla Monegain | PPS21-0377 |
| Michael Hibler | PPS21-0151 | | Carlos Moreno | PPS21-0181 |
| James Hise | PPS21-0045 | | Michael S. Morrison | PPS21-0378 |
| Gary F. Hodges | PPS21-0327 | | Vadall Morrow | PPS21-0503 |
| DeMarian Houston | PPS21-0330 | | Zachary Mueller | PPS21-0379 |
| Martin J. Hueckel | PPS21-0152 | | Bruce Munro | PPS21-0504 |
| Anthony Iavarone | PPS21-0154 | | Sharon K. Murphy | PPS21-0380 |
| George Illidge | PPS21-0155 | | Kelly Murski | PPS21-0182 |
| Bobby Inman | PPS21-0499 | | Paul Nardizzi | PPS21-0184 |
| Frank James | PPS21-0156 | | Wendy Neff | PPS21-0505 |
| Matthew Jankowski | PPS21-0336 | | Jeremy Nicholas | PPS21-0065 |
| Betty A. Johnson | PPS21-0157 | | Jeffrey Nichols | PPS21-0186 |
| Mike Johnson | PPS21-0047 | | Michael Noble | PPS21-0066 |
| Randy Johnson | PPS21-0338 | | Michael Nolan | PPS21-0188 |
| Tawanda Johnson | PPS21-0048 | | Colter Norris | PPS21-0385 |
| Rex D. Jones | PPS21-0339 | | Dennis Norris | PPS21-0386 |
| Samuel L. Jones, Jr. | PPS21-0340 | | Kody Norris | PPS21-0387 |
| Kenneth J. Kearney | PPS21-0342 | | Trinity Olson | PPS21-0189 |

| | |
|---|---|
| Elizabeth Ostman | PPS21-0190 |
| J.W. Padgett | PPS21-0389 |
| Craig Palmer | PPS21-0390 |
| Cynthia Paris | PPS21-0191 |
| Phillip Penn | PPS21-0192 |
| John Perez | PPS21-0392 |
| George R. Perry | PPS21-0393 |
| Nathaniel Petty | PPS21-0506 |
| Anha Pham | PPS21-0396 |
| Thai Pham | PPS21-0397 |
| Vincent Piazza | PPS21-0194 |
| Brian Pierce | PPS21-0195 |
| Timothy Pinney | PPS21-0196 |
| Joshua Pitts | PPS21-0197 |
| Craig J. Podgurski, Jr. | PPS21-0399 |
| Nancy A. Porter | PPS21-0401 |
| Benjamin Purser | PPS21-0198 |
| Richard J. Ramirez | PPS21-0199 |
| Christopher Reed | PPS21-0200 |
| Edward R. Reed | PPS21-0405 |
| Betty Rice | PPS21-0201 |
| Karen Rice | PPS21-0202 |
| Terri Richards | PPS21-0203 |
| Cheryl Richey | PPS21-0204 |
| Debra Rios | PPS21-0409 |
| David M. Roberts | PPS21-0016 |
| Patricia J. Roberts | PPS21-0017 |
| Adrienne M. Rodriguez | PPS21-0412 |
| Gabriel L. Rodriguez | PPS21-0413 |
| Richard Ross | PPS21-0205 |
| Edna Russell | PPS21-0078 |
| Mark Russell, Jr. | PPS21-0206 |
| Brenda Schiwitz | PPS21-0079 |
| Nathaniel Scott | PPS21-0210 |
| Grant Selvey | PPS21-0211 |
| Raymond A. Sinclair | PPS21-0421 |
| Laura Skinner | PPS21-0080 |
| Thomas Skinner | PPS21-0081 |
| Jeremy Small | PPS21-0215 |
| Anthony Spada | PPS21-0083 |
| Melissa Spencer | PPS21-0423 |
| Jamie Stallo | PPS21-0217 |
| Barbara J. Steil | PPS21-0425 |
| Randy Stone | PPS21-0219 |
| Sonja Stone | PPS21-0218 |
| Steven A. Stosur | PPS21-0426 |
| Robert T. Stover | PPS21-0021 |
| Brittney Strozier | PPS21-0221 |
| Kimberly Swanson | PPS21-0508 |
| Ramona R. Talvacchio | PPS21-0428 |
| Dolores Tedesco | PPS21-0222 |
| Grant Thomas | PPS21-0431 |
| Michelle Thomlin | PPS21-0432 |
| Gabriel E. Tranum | PPS21-0433 |

| | |
|---|---|
| Clinton Turpen | PPS21-0509 |
| Paul Turpen | PPS21-0510 |
| Christa Vanmeter | PPS21-0224 |
| Harold Vantassel | PPS21-0225 |
| Margarito Vasquey | PPS21-0435 |
| Robert Vick, II | PPS21-0226 |
| Brad Votaw | PPS21-0227 |
| Joseph T. Wachowski | PPS21-0438 |
| Ambiko Wallace | PPS21-0228 |
| Vance Warren, Sr. | PPS21-0229 |
| Stephen R. Waters | PPS21-0440 |
| Barbara A. West | PPS21-0443 |
| Derek L. Weston | PPS21-0444 |
| Jane A. Weston | PPS21-0445 |
| Pamela Wheetley | PPS21-0086 |
| Jonathan Wilkerson | PPS21-0449 |
| Gregory Willing | PPS21-0088 |
| Mitchell A. Wirth | PPS21-0452 |
| Connie Wilson | PPS21-0089 |
| Adrienne D. Yates | PPS21-0455 |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully submitted,

**KANSAS CITY ACCIDENT INJURY ATTORNEYS**

*/s/ James E. Brady, III*

James M. Roswold, MO Bar No. 41053
Phillip B. Grubaugh, MO Bar No. 24919
James E. Brady, III, Mo Bar No. 62310
500 Walnut Street, Suite 100
Kansas City, Missouri 64106
(816) 471-5111
Fax: (816) 359-3163
*james@kcaccidentattorneys.com*
*phillip@kcaccidentattorneys.com*
*jim@kcaccidentattorneys.com*
ATTORNEYS FOR PLAINTIFF

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE**

| | | |
|---|---|---|
| RONNOSHA MORRIS, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| v. | ) | |
| | ) | Division |
| LUCAS OIL PRODUCTS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and HPS Process Service & Investigations, Inc. are hereby appointed to serve process in the above captioned matter:

| | | | |
|---|---|---|---|
| William Acree | PPS21-0488 | Carolyn S. Champlin | PPS21-0264 |
| Michael Adamo | PPS21-0234 | Alicia Clements | PPS21-0494 |
| Jan Adams | PPS21-0092 | John A. Clor | PPS21-0266 |
| Roger Adams | PPS21-0093 | Kathleen Clor | PPS21-0267 |
| Kyle A. Adcock | PPS21-0489 | Chad Compton | PPS21-0116 |
| Alisha Allen | PPS21-0094 | Kenneth Condrey | PPS21-0118 |
| Sandra Allen | PPS21-0095 | Sharon Condrey | PPS21-0119 |
| Cheryl Anderson | PPS21-0236 | Kathy Cook | PPS21-0121 |
| Victor Aponte | PPS21-0096 | Theodore Cordasco | PPS21-0269 |
| Teresa Bailly | PPS21-0097 | George Covert | PPS21-0270 |
| Raymond Bandy | PPS21-0098 | Michael Currie | PPS21-0273 |
| Joseph L. Baska | PPS21-0490 | Bryce E. Dearborn | PPS21-0274 |
| Robert Bassler | PPS21-0242 | Jennie Deaton | PPS21-0275 |
| Keith Blanchard | PPS21-0248 | Robert DeLacy, Jr. | PPS21-0276 |
| Carrington Bell | PPS21-0025 | Robert DeLacy, III | PPS21-0277 |
| George Bell | PPS21-0243 | Dominic Dellaporte | PPS21-0123 |
| Alexander R. Blea | PPS21-0249 | Ricardo Delpratt | PPS21-0124 |
| Dianna J. Blea | PPS21-0250 | Claudia A. Dohn | PPS21-0280 |
| Richard J. Blea | PPS21-0251 | Dale Dorning | PPS21-0127 |
| Kathy Broom | PPS21-0256 | Cathrene Drake | PPS21-0128 |
| Douglas S. Brower | PPS21-0257 | Rebecca J. Dressler | PPS21-0282 |
| Jeff Brown | PPS21-0030 | Alexander C. Duaine | PPS21-0283 |
| James Burke | PPS21-0105 | Daniel Eberle | PPS21-0129 |
| Alese Burris | PPS21-0106 | Jessica L. Ellison | PPS21-0288 |
| Randy Burrow | PPS21-0107 | Abel Emiru | PPS21-0130 |
| Gary Burt | PPS21-0031 | Donald C. Eskra, Jr. | PPS21-0289 |
| Stephen C. Buskirk | PPS21-0259 | Leticia Estrada | PPS21-0290 |
| Steve Butcher | PPS21-0260 | Robert D. Fairbanks | PPS21-0292 |
| Melvin Cahoon | PPS21-0492 | Brenna Faker | PPS21-0495 |
| Danny Callahan | PPS21-0109 | Michael Feehan | PPS21-0496 |
| Anna Canole | PPS21-0263 | William F. Ferrell | PPS21-0034 |
| William Caputo | PPS21-0110 | Robert Finley | PPS21-0035 |
| Charles Casey | PPS21-0111 | Mayra Flores | PPS21-0295 |
| George Castillo | PPS21-0112 | Robert Fluharty | PPS21-0298 |

| | | | | |
|---|---|---|---|---|
| Ryan D. Fortune | PPS21-0299 | | Brent Kirkhart | PPS21-0051 |
| James Frago | PPS21-0036 | | Janice Kirkhart | PPS21-0052 |
| John Frago | PPS21-0037 | | Tyler Kirkhart | PPS21-0053 |
| Darin Freeman, Jr. | PPS21-0133 | | Kenneth Klewicki | PPS21-0158 |
| Kelsey Garrett | PPS21-0302 | | Wyman T. Kroft | PPS21-0159 |
| Charles Gay | PPS21-0135 | | Cody Kyser | PPS21-0161 |
| Richard Gerber | PPS21-0303 | | Andrea M. Lambros | PPS21-0349 |
| Louis Gerrick | PPS21-0136 | | Joann Lane | PPS21-0163 |
| Kurie L. Ghersini | PPS21-0304 | | Casey Lanford | PPS21-0350 |
| Terri Gilam | PPS21-0137 | | James R. LaRiviere | PPS21-0164 |
| Paul Gizel | PPS21-0305 | | Kristie S. Lewis | PPS21-0165 |
| Adam Golden | PPS21-0306 | | John Lichtenegger | PPS21-0354 |
| Bradley Gordon | PPS21-0038 | | Bryan Liebhart | PPS21-0166 |
| Tom Gorgone | PPS21-0139 | | Bert Lott | PPS21-0054 |
| Christina Gregory | PPS21-0141 | | Ellen C. MacFarland | PPS21-0169 |
| Lynne Grimes | PPS21-0308 | | Robert Maliuuk | PPS21-0359 |
| Paul Grimes | PPS21-0142 | | Winnonna Maliuuk | PPS21-0360 |
| Charles Gunning | PPS21-0040 | | Deborah Martin | PPS21-0055 |
| Leon Gustus | PPS21-0144 | | Michael Martin | PPS21-0056 |
| David W. Hahn | PPS21-0309 | | Roger C. Martucci | PPS21-0365 |
| Eric W. Hahn | PPS21-0310 | | Seon Mastain | PPS21-0172 |
| Stefanie A. Hahn | PPS21-0311 | | Thomas Matthews | PPS21-0366 |
| Darnell Hamilton | PPS21-0145 | | Kristin Mayo | PPS21-0501 |
| Kimberly Hamilton | PPS21-0313 | | Michael McCann | PPS21-0173 |
| Raymond A. Hamilton, III | PPS21-0314 | | Michael McMahon | PPS21-0174 |
| Sheila Hand | PPS21-0498 | | Michael Meador | PPS21-0058 |
| Timothy S. Hansen | PPS21-0316 | | Jerry Melber | PPS21-0176 |
| Christy Hartline | PPS21-0146 | | Eric Mendenhall | PPS21-0369 |
| James Harvey | PPS21-0147 | | Jenna Mendoza | PPS21-0177 |
| Grace Hazell | PPS21-0321 | | Michael S. Miller | PPS21-0062 |
| Stephen Heitz | PPS21-0044 | | Matthew Millhollin | PPS21-0063 |
| Teresa Y. Hendricks | PPS21-0323 | | Christopher F. Miranda | PPS21-0372 |
| Austen Hendrickson | PPS21-0324 | | Karina Miranda | PPS21-0373 |
| Jonathan D. Hennings | PPS21-0149 | | Vivian Mitchell | PPS21-0180 |
| Taylor Herren | PPS21-0150 | | Carla Monegain | PPS21-0377 |
| Michael Hibler | PPS21-0151 | | Carlos Moreno | PPS21-0181 |
| James Hise | PPS21-0045 | | Michael S. Morrison | PPS21-0378 |
| Gary F. Hodges | PPS21-0327 | | Vadall Morrow | PPS21-0503 |
| DeMarian Houston | PPS21-0330 | | Zachary Mueller | PPS21-0379 |
| Martin J. Hueckel | PPS21-0152 | | Bruce Munro | PPS21-0504 |
| Anthony Iavarone | PPS21-0154 | | Sharon K. Murphy | PPS21-0380 |
| George Illidge | PPS21-0155 | | Kelly Murski | PPS21-0182 |
| Bobby Inman | PPS21-0499 | | Paul Nardizzi | PPS21-0184 |
| Frank James | PPS21-0156 | | Wendy Neff | PPS21-0505 |
| Matthew Jankowski | PPS21-0336 | | Jeremy Nicholas | PPS21-0065 |
| Betty A. Johnson | PPS21-0157 | | Jeffrey Nichols | PPS21-0186 |
| Mike Johnson | PPS21-0047 | | Michael Noble | PPS21-0066 |
| Randy Johnson | PPS21-0338 | | Michael Nolan | PPS21-0188 |
| Tawanda Johnson | PPS21-0048 | | Colter Norris | PPS21-0385 |
| Rex D. Jones | PPS21-0339 | | Dennis Norris | PPS21-0386 |
| Samuel L. Jones, Jr. | PPS21-0340 | | Kody Norris | PPS21-0387 |
| Kenneth J. Kearney | PPS21-0342 | | Trinity Olson | PPS21-0189 |
| Leisa L. Ketron | PPS21-0009 | | Elizabeth Ostman | PPS21-0190 |
| Jeff Kimball | PPS21-0344 | | J.W. Padgett | PPS21-0389 |

| | |
|---|---|
| Craig Palmer | PPS21-0390 |
| Cynthia Paris | PPS21-0191 |
| Phillip Penn | PPS21-0192 |
| John Perez | PPS21-0392 |
| George R. Perry | PPS21-0393 |
| Nathaniel Petty | PPS21-0506 |
| Anha Pham | PPS21-0396 |
| Thai Pham | PPS21-0397 |
| Vincent Piazza | PPS21-0194 |
| Brian Pierce | PPS21-0195 |
| Timothy Pinney | PPS21-0196 |
| Joshua Pitts | PPS21-0197 |
| Craig J. Podgurski, Jr. | PPS21-0399 |
| Nancy A. Porter | PPS21-0401 |
| Benjamin Purser | PPS21-0198 |
| Richard J. Ramirez | PPS21-0199 |
| Christopher Reed | PPS21-0200 |
| Edward R. Reed | PPS21-0405 |
| Betty Rice | PPS21-0201 |
| Karen Rice | PPS21-0202 |
| Terri Richards | PPS21-0203 |
| Cheryl Richey | PPS21-0204 |
| Debra Rios | PPS21-0409 |
| David M. Roberts | PPS21-0016 |
| Patricia J. Roberts | PPS21-0017 |
| Adrienne M. Rodriguez | PPS21-0412 |
| Gabriel L. Rodriguez | PPS21-0413 |
| Richard Ross | PPS21-0205 |
| Edna Russell | PPS21-0078 |
| Mark Russell, Jr. | PPS21-0206 |
| Brenda Schiwitz | PPS21-0079 |
| Nathaniel Scott | PPS21-0210 |
| Grant Selvey | PPS21-0211 |
| Raymond A. Sinclair | PPS21-0421 |
| Laura Skinner | PPS21-0080 |
| Thomas Skinner | PPS21-0081 |
| Jeremy Small | PPS21-0215 |
| Anthony Spada | PPS21-0083 |
| Melissa Spencer | PPS21-0423 |
| Jamie Stallo | PPS21-0217 |
| Barbara J. Steil | PPS21-0425 |
| Randy Stone | PPS21-0219 |
| Sonja Stone | PPS21-0218 |
| Steven A. Stosur | PPS21-0426 |
| Robert T. Stover | PPS21-0021 |
| Brittney Strozier | PPS21-0221 |
| Kimberly Swanson | PPS21-0508 |
| Ramona R. Talvacchio | PPS21-0428 |
| Dolores Tedesco | PPS21-0222 |
| Grant Thomas | PPS21-0431 |
| Michelle Thomlin | PPS21-0432 |
| Gabriel E. Tranum | PPS21-0433 |
| Clinton Turpen | PPS21-0509 |
| Paul Turpen | PPS21-0510 |

| | |
|---|---|
| Christa Vanmeter | PPS21-0224 |
| Harold Vantassel | PPS21-0225 |
| Margarito Vasquey | PPS21-0435 |
| Robert Vick, II | PPS21-0226 |
| Brad Votaw | PPS21-0227 |
| Joseph T. Wachowski | PPS21-0438 |
| Ambiko Wallace | PPS21-0228 |
| Vance Warren, Sr. | PPS21-0229 |
| Stephen R. Waters | PPS21-0440 |
| Barbara A. West | PPS21-0443 |
| Derek L. Weston | PPS21-0444 |
| Jane A. Weston | PPS21-0445 |
| Pamela Wheetley | PPS21-0086 |
| Jonathan Wilkerson | PPS21-0449 |
| Gregory Willing | PPS21-0088 |
| Mitchell A. Wirth | PPS21-0452 |
| Connie Wilson | PPS21-0089 |
| Adrienne D. Yates | PPS21-0455 |

DATE: _____          _____
                                   Judge or Circuit Clerk

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

RONNOSHA MORRIS,

|                  PLAINTIFF(S), | CASE NO.  2116-CV23364 |
| VS. | DIVISION 2 |

LUCAS OIL PRODUCTS, INC,

DEFENDANT(S).

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **KENNETH R GARRETT III** on **14-FEB-2022** in **DIVISION 2** at **08:30 AM**.  All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

a.      A trial setting;

b.      Expert Witness Disclosure Cutoff Date;

c.      A schedule for the orderly preparation of the case for trial;

d.      Any issues which require input or action by the Court;

e.      The status of settlement negotiations.

Case 4:21-cv-00831-FJG   Document 1-2   Filed 11/24/21   Page 18 of 45

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

_/S/ KENNETH R GARRETT III_
KENNETH R GARRETT III**, Circuit Judge**

## Certificate of Service

This is to certify that a copy of the foregoing was electronic noticed, faxed, emailed and/or mailed or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
PHILLIP BUCHANAN GRUBAUGH, 510 WALNUT STREET #100, KANSAS CITY, MO 64106

JAMES MICHAEL ROSWOLD, 510 WALNUT ST, #100, KANSAS CITY, MO 64106

JAMES E BRADY, 510 WALNUT ST., #100, KANSAS CITY, MO 64106

Defendant(s):
 LUCAS OIL PRODUCTS, INC
BRADLEY BEAUCHAMP

Dated:  28-OCT-2021

MARY A. MARQUEZ
Court Administrator

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE**

| | | |
|---|---|---|
| RONNOSHA MORRIS, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| v. | ) | |
| | ) | Division |
| LUCAS OIL PRODUCTS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and HPS Process Service & Investigations, Inc. are hereby appointed to serve process in the above captioned matter:

| | | | |
|---|---|---|---|
| William Acree | PPS21-0488 | Carolyn S. Champlin | PPS21-0264 |
| Michael Adamo | PPS21-0234 | Alicia Clements | PPS21-0494 |
| Jan Adams | PPS21-0092 | John A. Clor | PPS21-0266 |
| Roger Adams | PPS21-0093 | Kathleen Clor | PPS21-0267 |
| Kyle A. Adcock | PPS21-0489 | Chad Compton | PPS21-0116 |
| Alisha Allen | PPS21-0094 | Kenneth Condrey | PPS21-0118 |
| Sandra Allen | PPS21-0095 | Sharon Condrey | PPS21-0119 |
| Cheryl Anderson | PPS21-0236 | Kathy Cook | PPS21-0121 |
| Victor Aponte | PPS21-0096 | Theodore Cordasco | PPS21-0269 |
| Teresa Bailly | PPS21-0097 | George Covert | PPS21-0270 |
| Raymond Bandy | PPS21-0098 | Michael Currie | PPS21-0273 |
| Joseph L. Baska | PPS21-0490 | Bryce E. Dearborn | PPS21-0274 |
| Robert Bassler | PPS21-0242 | Jennie Deaton | PPS21-0275 |
| Keith Blanchard | PPS21-0248 | Robert DeLacy, Jr. | PPS21-0276 |
| Carrington Bell | PPS21-0025 | Robert DeLacy, III | PPS21-0277 |
| George Bell | PPS21-0243 | Dominic Dellaporte | PPS21-0123 |
| Alexander R. Blea | PPS21-0249 | Ricardo Delpratt | PPS21-0124 |
| Dianna J. Blea | PPS21-0250 | Claudia A. Dohn | PPS21-0280 |
| Richard J. Blea | PPS21-0251 | Dale Dorning | PPS21-0127 |
| Kathy Broom | PPS21-0256 | Cathrene Drake | PPS21-0128 |
| Douglas S. Brower | PPS21-0257 | Rebecca J. Dressler | PPS21-0282 |
| Jeff Brown | PPS21-0030 | Alexander C. Duaine | PPS21-0283 |
| James Burke | PPS21-0105 | Daniel Eberle | PPS21-0129 |
| Alese Burris | PPS21-0106 | Jessica L. Ellison | PPS21-0288 |
| Randy Burrow | PPS21-0107 | Abel Emiru | PPS21-0130 |
| Gary Burt | PPS21-0031 | Donald C. Eskra, Jr. | PPS21-0289 |
| Stephen C. Buskirk | PPS21-0259 | Leticia Estrada | PPS21-0290 |
| Steve Butcher | PPS21-0260 | Robert D. Fairbanks | PPS21-0292 |
| Melvin Cahoon | PPS21-0492 | Brenna Faker | PPS21-0495 |
| Danny Callahan | PPS21-0109 | Michael Feehan | PPS21-0496 |
| Anna Canole | PPS21-0263 | William F. Ferrell | PPS21-0034 |
| William Caputo | PPS21-0110 | Robert Finley | PPS21-0035 |
| Charles Casey | PPS21-0111 | Mayra Flores | PPS21-0295 |
| George Castillo | PPS21-0112 | Robert Fluharty | PPS21-0298 |

| | | | | |
|---|---|---|---|---|
| Ryan D. Fortune | PPS21-0299 | | Brent Kirkhart | PPS21-0051 |
| James Frago | PPS21-0036 | | Janice Kirkhart | PPS21-0052 |
| John Frago | PPS21-0037 | | Tyler Kirkhart | PPS21-0053 |
| Darin Freeman, Jr. | PPS21-0133 | | Kenneth Klewicki | PPS21-0158 |
| Kelsey Garrett | PPS21-0302 | | Wyman T. Kroft | PPS21-0159 |
| Charles Gay | PPS21-0135 | | Cody Kyser | PPS21-0161 |
| Richard Gerber | PPS21-0303 | | Andrea M. Lambros | PPS21-0349 |
| Louis Gerrick | PPS21-0136 | | Joann Lane | PPS21-0163 |
| Kurie L. Ghersini | PPS21-0304 | | Casey Lanford | PPS21-0350 |
| Terri Gilam | PPS21-0137 | | James R. LaRiviere | PPS21-0164 |
| Paul Gizel | PPS21-0305 | | Kristie S. Lewis | PPS21-0165 |
| Adam Golden | PPS21-0306 | | John Lichtenegger | PPS21-0354 |
| Bradley Gordon | PPS21-0038 | | Bryan Liebhart | PPS21-0166 |
| Tom Gorgone | PPS21-0139 | | Bert Lott | PPS21-0054 |
| Christina Gregory | PPS21-0141 | | Ellen C. MacFarland | PPS21-0169 |
| Lynne Grimes | PPS21-0308 | | Robert Maliuuk | PPS21-0359 |
| Paul Grimes | PPS21-0142 | | Winnonna Maliuuk | PPS21-0360 |
| Charles Gunning | PPS21-0040 | | Deborah Martin | PPS21-0055 |
| Leon Gustus | PPS21-0144 | | Michael Martin | PPS21-0056 |
| David W. Hahn | PPS21-0309 | | Roger C. Martucci | PPS21-0365 |
| Eric W. Hahn | PPS21-0310 | | Seon Mastain | PPS21-0172 |
| Stefanie A. Hahn | PPS21-0311 | | Thomas Matthews | PPS21-0366 |
| Darnell Hamilton | PPS21-0145 | | Kristin Mayo | PPS21-0501 |
| Kimberly Hamilton | PPS21-0313 | | Michael McCann | PPS21-0173 |
| Raymond A. Hamilton, III | PPS21-0314 | | Michael McMahon | PPS21-0174 |
| Sheila Hand | PPS21-0498 | | Michael Meador | PPS21-0058 |
| Timothy S. Hansen | PPS21-0316 | | Jerry Melber | PPS21-0176 |
| Christy Hartline | PPS21-0146 | | Eric Mendenhall | PPS21-0369 |
| James Harvey | PPS21-0147 | | Jenna Mendoza | PPS21-0177 |
| Grace Hazell | PPS21-0321 | | Michael S. Miller | PPS21-0062 |
| Stephen Heitz | PPS21-0044 | | Matthew Millhollin | PPS21-0063 |
| Teresa Y. Hendricks | PPS21-0323 | | Christopher F. Miranda | PPS21-0372 |
| Austen Hendrickson | PPS21-0324 | | Karina Miranda | PPS21-0373 |
| Jonathan D. Hennings | PPS21-0149 | | Vivian Mitchell | PPS21-0180 |
| Taylor Herren | PPS21-0150 | | Carla Monegain | PPS21-0377 |
| Michael Hibler | PPS21-0151 | | Carlos Moreno | PPS21-0181 |
| James Hise | PPS21-0045 | | Michael S. Morrison | PPS21-0378 |
| Gary F. Hodges | PPS21-0327 | | Vadall Morrow | PPS21-0503 |
| DeMarian Houston | PPS21-0330 | | Zachary Mueller | PPS21-0379 |
| Martin J. Hueckel | PPS21-0152 | | Bruce Munro | PPS21-0504 |
| Anthony Iavarone | PPS21-0154 | | Sharon K. Murphy | PPS21-0380 |
| George Illidge | PPS21-0155 | | Kelly Murski | PPS21-0182 |
| Bobby Inman | PPS21-0499 | | Paul Nardizzi | PPS21-0184 |
| Frank James | PPS21-0156 | | Wendy Neff | PPS21-0505 |
| Matthew Jankowski | PPS21-0336 | | Jeremy Nicholas | PPS21-0065 |
| Betty A. Johnson | PPS21-0157 | | Jeffrey Nichols | PPS21-0186 |
| Mike Johnson | PPS21-0047 | | Michael Noble | PPS21-0066 |
| Randy Johnson | PPS21-0338 | | Michael Nolan | PPS21-0188 |
| Tawanda Johnson | PPS21-0048 | | Colter Norris | PPS21-0385 |
| Rex D. Jones | PPS21-0339 | | Dennis Norris | PPS21-0386 |
| Samuel L. Jones, Jr. | PPS21-0340 | | Kody Norris | PPS21-0387 |
| Kenneth J. Kearney | PPS21-0342 | | Trinity Olson | PPS21-0189 |
| Leisa L. Ketron | PPS21-0009 | | Elizabeth Ostman | PPS21-0190 |
| Jeff Kimball | PPS21-0344 | | J.W. Padgett | PPS21-0389 |

Electronically Filed - Jackson - Independence - October 27, 2021 - 03:47 PM

| | |
|---|---|
| Craig Palmer | PPS21-0390 |
| Cynthia Paris | PPS21-0191 |
| Phillip Penn | PPS21-0192 |
| John Perez | PPS21-0392 |
| George R. Perry | PPS21-0393 |
| Nathaniel Petty | PPS21-0506 |
| Anha Pham | PPS21-0396 |
| Thai Pham | PPS21-0397 |
| Vincent Piazza | PPS21-0194 |
| Brian Pierce | PPS21-0195 |
| Timothy Pinney | PPS21-0196 |
| Joshua Pitts | PPS21-0197 |
| Craig J. Podgurski, Jr. | PPS21-0399 |
| Nancy A. Porter | PPS21-0401 |
| Benjamin Purser | PPS21-0198 |
| Richard J. Ramirez | PPS21-0199 |
| Christopher Reed | PPS21-0200 |
| Edward R. Reed | PPS21-0405 |
| Betty Rice | PPS21-0201 |
| Karen Rice | PPS21-0202 |
| Terri Richards | PPS21-0203 |
| Cheryl Richey | PPS21-0204 |
| Debra Rios | PPS21-0409 |
| David M. Roberts | PPS21-0016 |
| Patricia J. Roberts | PPS21-0017 |
| Adrienne M. Rodriguez | PPS21-0412 |
| Gabriel L. Rodriguez | PPS21-0413 |
| Richard Ross | PPS21-0205 |
| Edna Russell | PPS21-0078 |
| Mark Russell, Jr. | PPS21-0206 |
| Brenda Schiwitz | PPS21-0079 |
| Nathaniel Scott | PPS21-0210 |
| Grant Selvey | PPS21-0211 |
| Raymond A. Sinclair | PPS21-0421 |
| Laura Skinner | PPS21-0080 |
| Thomas Skinner | PPS21-0081 |
| Jeremy Small | PPS21-0215 |
| Anthony Spada | PPS21-0083 |
| Melissa Spencer | PPS21-0423 |
| Jamie Stallo | PPS21-0217 |
| Barbara J. Steil | PPS21-0425 |
| Randy Stone | PPS21-0219 |
| Sonja Stone | PPS21-0218 |
| Steven A. Stosur | PPS21-0426 |
| Robert T. Stover | PPS21-0021 |
| Brittney Strozier | PPS21-0221 |
| Kimberly Swanson | PPS21-0508 |
| Ramona R. Talvacchio | PPS21-0428 |
| Dolores Tedesco | PPS21-0222 |
| Grant Thomas | PPS21-0431 |
| Michelle Thomlin | PPS21-0432 |
| Gabriel E. Tranum | PPS21-0433 |
| Clinton Turpen | PPS21-0509 |
| Paul Turpen | PPS21-0510 |

| | |
|---|---|
| Christa Vanmeter | PPS21-0224 |
| Harold Vantassel | PPS21-0225 |
| Margarito Vasquey | PPS21-0435 |
| Robert Vick, II | PPS21-0226 |
| Brad Votaw | PPS21-0227 |
| Joseph T. Wachowski | PPS21-0438 |
| Ambiko Wallace | PPS21-0228 |
| Vance Warren, Sr. | PPS21-0229 |
| Stephen R. Waters | PPS21-0440 |
| Barbara A. West | PPS21-0443 |
| Derek L. Weston | PPS21-0444 |
| Jane A. Weston | PPS21-0445 |
| Pamela Wheetley | PPS21-0086 |
| Jonathan Wilkerson | PPS21-0449 |
| Gregory Willing | PPS21-0088 |
| Mitchell A. Wirth | PPS21-0452 |
| Connie Wilson | PPS21-0089 |
| Adrienne D. Yates | PPS21-0455 |

DATE: ___28-Oct-2021___

DEPUTY COURT ADMINISTRATOR



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KENNETH R GARRETT III | Case Number: 2116-CV23364 |
| Plaintiff/Petitioner:<br>RONNOSHA MORRIS | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO  64106 |
| Defendant/Respondent:<br>LUCAS OIL PRODUCTS, INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO  64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

vs.

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **LUCAS OIL PRODUCTS, INC**
Alias:

**RA: KEVIN ASBELL**
**302 N. SHERIDAN STREET**
**CORONA, CA  92878**

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading to the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

28-OCT-2021
Date                                          Clerk

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ , a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____ .

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

Case 4:21-cv-00831-FJG   Document 1-2   Filed 11/24/21   Page 24 of 45

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

Case 4:21-cv-00831-FJG Document 1-2 Filed 11/24/21 Page 25 of 45

**SUMMONS/GARNISHMENT SERVICE PACKETS**
**ATTORNEY INFORMATION**

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KENNETH R GARRETT III | **Case Number: 2116-CV23364** |
| Plaintiff/Petitioner:<br>RONNOSHA MORRIS | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO 64106 |
| **vs.** | |
| Defendant/Respondent:<br>LUCAS OIL PRODUCTS, INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **BRADLEY BEAUCHAMP**
Alias:

**533 LEE MILLER ROAD**
**LEITCHFIELD, KY 42754**

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading to the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

28-OCT-2021
Date _____ Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons.
(use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: Document ID# 21-SMOS-1055   2 of 2          (2116-CV23364)      Rules 34.06; 54.07; 54.14; 54.20; 506.500, 506.510 RSMo

Case 4:21-cv-00831-FJG   Document 1-2   Filed 11/24/21   Page 27 of 45

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


                                        Circuit Court of Jackson County

6/2020

Electronically Filed - Jackson - Independence - November 23, 2021 - 12:15 PM

 **IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>KENNETH R GARRETT III | Case Number: 2116-CV23364 |
| Plaintiff/Petitioner:<br>RONNOSHA MORRIS | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>LUCAS OIL PRODUCTS, INC<br>Nature of Suit:<br>CC Pers Injury-Vehicular | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: BRADLEY BEAUCHAMP
Alias:

**PRIVATE PROCESS SERVER**

533 LEE MILLER ROAD
LEITCHFIELD, KY 42754

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

28-OCT-2021
Date                                            Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Process Server_ of _Grayson_ County, _Kentucky_ (state).
3. I have served the above summons by: (check one)
   - ☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other (describe) _____

Served at _533 Lee Miller Rd    Leitchfield_ (address) in _Grayson_ County, _Kentucky_ (state), on _11/11/2021_ (date) at _4:40 pm_ (time).

_Billie Hagan_
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Subscribed and Sworn To me before this _11th_ (day) _November_ (month) _2021_ (year)

I am: (check one)
   - ☐ the clerk of the court of which affiant is an officer.
   - ☐ the judge of the court of which affiant is an officer.
   - ☑ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   - ☐ authorized to administer oaths. (use for court-appointed server)

Signature and Title

*Tija Jeanette Jackson*
*NOTARY*
*ID KYNP17569*
*MY COMMISSION EXPIRES*
*PUBLIC*
*STATE AT LARGE KY.*

Service Fees, if applicable
Summons            $
Non Est            $
Mileage            $ _____ ( _____ miles @ $ _____ per mile)
Total              $

See the following page for directions to clerk and to officer making return on service of summons.

OSCA (8/2015) SM60 (IAKSMOS) For Court Use Only: Document ID# 21-SMOS-1055  1 of 2

(2116-CV23364)
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510.RSMo

## AFFIDAVIT OF SERVICE

**State of Missouri**                **County of Jackson**                **Circuit Court**

Case Number: 2116-CV23364

Plaintiff/Petitioner:
**RONNOSHA MORRIS**
vs.
Defendant/Respondent:
**LUCAS OIL PRODUCTS, INC., et al.**

Received by HPS Process Service & Investigations to be served on **Bradley Beauchamp, 533 Lee Miller Road, Leitchfield, KY 42754.** I, _Billie Hogan_____, being duly sworn, depose and say that on the _11 Th_ day of _November_ 20 21 at _4:40_ p.m., executed service by delivering a true copy of the Summons for Personal Service Outside the State of Missouri (Except Attachment Action); Petition for Damages; and Notice of Case Management Conference for Civil Case and Order for Mediation in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to _____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____ BRANCH   ( ) NO

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _11th_ day of _November_, _2021_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2021021888

Tila AnnJanette Jackson
NOTARY
ID KYNP17569
MY COMMISSION
EXPIRES
11/21/2024
PUBLIC KY.
STATE AT LARGE

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

# AFFIDAVIT OF SERVICE

**State of Missouri**                    **County of Jackson**                    **Circuit Court**

Case Number: 2116-CV23364

Plaintiff/Petitioner:
**RONNOSHA MORRIS**

vs.

Defendant/Respondent:
**LUCAS OIL PRODUCTS, INC., et al.**

For:
Christy Griffin
KANSAS CITY ACCIDENT INJURY ATTORNEYS
510 Walnut Stret
Suite 100
Kansas City, MO 64106

Received by HPS Process Service & Investigations, Inc. on the 28th day of October, 2021 at 2:42 pm to be served on **Lucas Oil Products, Inc., c/o Kevin Asbell, Registered Agent, 302 North Sheridan Street, Corona, CA 92878**.

I, Alex Miechowicz, being duly sworn, depose and say that on the **29th day of October, 2021** at **10:23 am, I:**

Served **Lucas Oil Products, Inc., c/o Kevin Asbell, Registered Agent** by delivering a true copy of the **Summons for Personal Service Outside the State of Missouri (Except Attachment Action); Petition for Damages; and Notice of Case Management Conference for Civil Case and Order for Mediation** to **Dalia Reynosa** as **Paralegal**, at the address of **302 North Sheridan Street, Corona, CA 92878**.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: Hispanic, Height: 5'1", Weight: 110, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

A notary public or other officer completing this document verifies only the identity of the individual who signed the document and not the truthfulness, accuracy, or validity of the document.

Subscribed and Sworn to (or affirmed) before me on the _____ day of _____, _____ By
_____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

**Alex Miechowicz**
PS-001700

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
**1669 Jefferson Street**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2021021887

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2d

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Riverside_ )

On _October 29, 2021_ before me, _O. GONZALEZ_, _Notary Public_
(insert name and title of the officer)

personally appeared _Alex Miechowicz_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ **(Seal)**

O. GONZALEZ
COMM. # 2317505
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JAN. 29, 2024

Electronically Filed - Jackson - Independence - November 23, 2021 - 12:15 PM



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KENNETH R GARRETT III | **Case Number:** 2116-CV23364 |
| Plaintiff/Petitioner:<br>RONNOSHA MORRIS | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO  64106 |
| vs. | |
| Defendant/Respondent:<br>LUCAS OIL PRODUCTS, INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO  64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  LUCAS OIL PRODUCTS, INC
Alias:

RA: KEVIN ASBELL
302 N. SHERIDAN STREET
CORONA, CA  92878

**PRIVATE PROCESS SERVER**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

28-OCT-2021
Date                                                    Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____Process Server_____ of _____Riverside_____ County, _____California_____ (state).
3.  I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
   _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____Dalia Reynoso_____ (name) _____Paralegal_____ (title).
   ☐ other (describe) _____ .

Served at _____302 North Sheridan Street, Corona, CA 92878_____ (address)
in _____Riverside_____ County, _____California_____ (state), on ____10-29-2021____ (date) at ____10:23am____ (time).
_____Alex Miechowicz_____
Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am:  (check one)  ☐ the clerk of the court of which affiant is an officer.
   ☐ the judge of the court of which affiant is an officer.
   ☒ authorized to administer oaths in the state in which the affiant served the above summons.
   (use for out-of-state officer)
   ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*      *see attached*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - Jackson - Independence - November 23, 2021 - 12:15 PM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Riverside_ )

On _October 29, 2021_ before me, _O. GONZALEZ, NOTARY PUBLIC_
(insert name and title of the officer)

personally appeared _Alex Miechowicz_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ **(Seal)**

O. GONZALEZ
COMM. # 2317505
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JAN. 29, 2024

 **IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>KENNETH R GARRETT III | Case Number: 2116-CV23364 |
| Plaintiff/Petitioner:<br>RONNOSHA MORRIS | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100 |
| vs. | KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>LUCAS OIL PRODUCTS, INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: BRADLEY BEAUCHAMP
Alias:

**PRIVATE PROCESS SERVER**

533 LEE MILLER ROAD
LEITCHFIELD, KY 42754

COURT SEAL OF

JACKSON COUNTY

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

28-OCT-2021
Date _____ Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Process Server_ of _Grayson_ County, _Kentucky_ (state).
3. I have served the above summons by: (check one)
   - [✓] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other (describe) _____ (address)

Served at _533 Lee Miller Rd Leitchfield_ (address) in _Grayson_ County, _Kentucky_ (state), on _11/11/2021_ (date) at _4:40 pm_ (time).

_Billie Hagan_
Printed Name of Sheriff or Server
_Billie Hagan_
Signature of Sheriff or Server

Subscribed and Sworn To me before this _11th_ (day) _November_ (month) _2021_ (year)

I am: (check one)
   - [ ] the clerk of the court of which affiant is an officer.
   - [ ] the judge of the court of which affiant is an officer.
   - [✓] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   - [ ] authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

Tija Jeanette Jackson
NOTARY PUBLIC
ID KYNP17569
MY COMMISSION EXPIRES
STATE AT LARGE, KY

Service Fees, if applicable
Summons          $ _____
Non Est          $ _____
Mileage          $ _____ ( _____ miles @ $ _____ per mile)
Total            $ _____

See the following page for directions to clerk and to officer making return on service of summons.

(2116-CV23364)
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510.RSMo

Electronically Filed - Jackson - Independence - November 23, 2021 - 12:15 PM

## AFFIDAVIT OF SERVICE

**State of Missouri**      **County of Jackson**      **Circuit Court**

Case Number: 2116-CV23364

Plaintiff/Petitioner:
**RONNOSHA MORRIS**
vs.
Defendant/Respondent:
**LUCAS OIL PRODUCTS, INC., et al.**

Received by HPS Process Service & Investigations to be served on **Bradley Beauchamp, 533 Lee Miller Road, Leitchfield, KY 42754.** I, _Billie Hogan_, being duly sworn, depose and say that on the _11th_ day of _November_ 20_21_ at _4:40_ p.m., executed service by delivering a true copy of the Summons for Personal Service Outside the State of Missouri (Except Attachment Action); Petition for Damages; and Notice of Case Management Conference for Civil Case and Order for Mediation in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to _____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____ BRANCH  ( ) NO

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _11th_ day of _November_, _2021_ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2021021888

Tija AnnJanette Jackson
NOTARY
ID KYNP17569
MY COMMISSION
EXPIRES
11/21/2024
PUBLIC KY
STATE AT LARGE

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

# **AFFIDAVIT OF SERVICE**

**State of Missouri**                **County of Jackson**                **Circuit Court**

Case Number: 2116-CV23364

Plaintiff/Petitioner:
**RONNOSHA MORRIS**

vs.

Defendant/Respondent:
**LUCAS OIL PRODUCTS, INC., et al.**

For:
Christy Griffin
KANSAS CITY ACCIDENT INJURY ATTORNEYS
510 Walnut Stret
Suite 100
Kansas City, MO 64106

Received by HPS Process Service & Investigations, Inc. on the 28th day of October, 2021 at 2:42 pm to be served on **Lucas Oil Products, Inc., c/o Kevin Asbell, Registered Agent, 302 North Sheridan Street, Corona, CA 92878**.

I, Alex Miechowicz, being duly sworn, depose and say that on the **29th day of October, 2021** at **10:23 am, I:**

Served **Lucas Oil Products, Inc., c/o Kevin Asbell, Registered Agent** by delivering a true copy of the **Summons for Personal Service Outside the State of Missouri (Except Attachment Action); Petition for Damages; and Notice of Case Management Conference for Civil Case and Order for Mediation** to **Dalia Reynosa** as **Paralegal**, at the address of **302 North Sheridan Street, Corona, CA 92878**.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: Hispanic, Height: 5'1", Weight: 110, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

A notary public or other officer completing this document verifies only the identity of the individual who signed the document and not the truthfulness, accuracy, or validity of the document.

Subscribed and Sworn to (or affirmed) before me on the _____ day of _____, _____ By _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

**Alex Miechowicz**
PS-001700

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
**1669 Jefferson Street
Kansas City, MO 64108
(800) 796-9559**

Our Job Serial Number: HAT-2021021887

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2d

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Riverside )

On October 29, 2021 before me, O. GONZALEZ, Notary Public
(insert name and title of the officer)

personally appeared Alex Miechowicz ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

O. GONZALEZ
COMM. # 2317505
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JAN. 29, 2024



**IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division:<br>KENNETH R GARRETT III | Case Number: 2116-CV23364 |
|---|---|
| Plaintiff/Petitioner:<br>RONNOSHA MORRIS | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO 64106 |
| vs. | |
| Defendant/Respondent:<br>LUCAS OIL PRODUCTS, INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: LUCAS OIL PRODUCTS, INC
Alias:

RA: KEVIN ASBELL
302 N. SHERIDAN STREET
CORONA, CA 92878

**PRIVATE PROCESS SERVER**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

28-OCT-2021
Date      Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____Process Server_____ of _____Riverside_____ County, ___California___ (state).
3. I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ___Dalia Reynoso___ (name) ___Paralegal___ (title).

☐ other (describe) _____.

Served at ___302 North Sheridan Street, Corona, CA 92878___ (address)
in ___Riverside___ County, ___California___ (state), on ___10-29-2021___ (date) at ___10:23am___ (time).

___Alex Miechowicz___
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)* *see attached*

Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

See the following page for directions to clerk and to officer making return on service of summons.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 21-SMOS-1054** 1 of 2    **(2116-CV23364)**    Rules 54.06, 54.07, 54.14, 54.20, 506.500, 506.510 RSMo

Case 4:21-cv-00831-FJG   Document 1-2   Filed 11/24/21   Page 42 of 45

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _Riverside_ )

On _October 29, 2021_ before me, _O. GONZALEZ , NOTARY PUBLIC_
_____
(insert name and title of the officer)

personally appeared _Alex Miechowicz_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

O. GONZALEZ
COMM. # 2317505
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JAN. 29, 2024

Signature _____ **(Seal)**